Filed: January 5, 2024

# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

_____

SUPPLEMENTAL BRIEFING ORDER

_____

No. 23-4017,   US v. Quayshaun Banks
2:20-cr-00045-D-1

The court directs supplemental briefing as follows:

Supplemental opening brief due: 02/14/2024

Supplemental response brief due: 03/06/2024

Supplemental reply brief permitted by: 03/18/2024

The briefs and any supplemental appendix must conform to the **Fourth Circuit Brief & Appendix Requirements** and the **Appendix Pagination & Brief Citation Guide** (available as links from this order and at **www.ca4.uscourts.gov**).

/s/ NWAMAKA ANOWI, CLERK
By: Jeffrey S. Neal, Deputy Clerk