FILED: February 13, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-4017
(2:20-cr-00045-D-1)

_____

UNITED STATES OF AMERICA

        Plaintiff - Appellee

v.

QUAYSHAUN LAQUAN BANKS, a/k/a Brisco

        Defendant - Appellant

_____

O R D E R

_____

The court grants an extension of the briefing schedule. Any further request for an extension of time in which to file the supplemental opening shall be disfavored. The briefing schedule is extended as follows:

Supplemental Opening brief due: 03/15/2024

Supplemental Response brief due: 04/06/2024

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk